```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**CARLOS M. SMITH,**

    **Petitioner,**　　　　　　　　**CASE NO. 2:11-CV-00181**
　　　　　　　　　　　　　　　　**JUDGE MARBLEY**
          **v.**　　　　　　　　　　　**MAGISTRATE JUDGE KING**

**COMMON PLEAS COURT,**
**ROSS COUNTY,**

    **Respondent.**

<u>ORDER</u>

On March 14, 2011, the Magistrate Judge recommended that this action be dismissed as unexhausted. *Order and Report and Recommendation,* Doc. 2. Although petitioner was advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, *id.,* no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** as unexhausted.

The Clerk shall enter **FINAL JUDGMENT** in this case.

                                                            s/Algenon L. Marbley
                                                  ALGENON L. MARBLEY
                                                  UNITED STATES DISTRICT JUDGE